RECEIVED

MAR 1 6 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| FREDDIE R. LEWIS | CIVIL ACTION NO. 07-394-P |
| VERSUS | JUDGE STAGG |
| BOSSIER PARISH SHERIFF'S DEPARTMENT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the following claims be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and (ii):

(1) Claims against Sgt. Shelton, the Bossier City Police Department, and the Bossier City Police Chief arising out of his November 18, 2005 arrest; (2) Claims against the Parish of Bossier arising out of his November 19, 2005 transfer; (3) Claims against Medical Assistant Thornhill and Medical Assistant David arising out of his November 19, 2005 request for medical treatment; (4) Claims against Warden Weaver, Assistant Warden Stokes, Sgt. Wadsworth, Sgt. Jones, Deputy Pierce, Deputy Porter, and Deputy Martin arising out of

denial of access to the courts while at Bossier Parish Maximum Security Facility from November 10, 2005 until February 22, 2005; (5) Claims against Deputy Porter and Deputy Martin arising out of the search of his cell while incarcerated at the Bossier Parish Maximum Security Facility from November 10, 2005 until February 22, 2005; (6) Claims against Warden Weaver, Assistant Warden Stokes, Medical Officer Thornhill, and Medical Officer David arising out of his February 20, 2006 medical examination; (6) Claims against Assistant Warden Stokes arising out of the February 22, 2006 confrontation; (7) Claims against Medical Assistant Broadenski arising out of his February 24, 2005 medical visit; (8) Claims against the Bossier Parish Sheriff's Department and the Bossier City Police Department arising out of his classification claims; (9) Claims against Sgt. Wadsworth, Sgt. Jones, Deputy Martin, Deputy Porter, Deputy Pierce, Warden Dennis Weaver and Assistant Warden Stokes arising out of the denial of access to the courts; (10) Claims against George Henderson; (11) Claims against Assistant Warden Lee arising out of the prison disciplinary proceedings; (12) Claims against Assistant Warden Lee arising out of the prison administrative grievance procedure; (13) Claims against Judge Stinson, Judge Bolin, Judge Robinson and Magistrate Judge Robert Shemwell; (14) Claims against Mary Jackson; (15) Claims against the District Attorney; and (16) Claims against Agent T. Smith, Officer M. Teutsch, Deputy Hall and Deputy Prather .[2]

---

[2]Plaintiff still has claims remaining against the Bossier Parish Sheriff's Department, Sheriff Larry C. Dean, the Parish of Bossier, Warden Mark Toloso, Warden Dennis Weaver, Assistant Warden Joe Lee, Assistant Warden Stokes, Deputy Griffin, Deputy Orr, Deputy Hawn, Doctor Robert Russel, Doctor Haverton, Deputy J. Martin, Deputy Rodgers, Sgt. Parish, Bossier Parish Minimum Security Facility Medical Staff, and Steve Broadenski.

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claim seeking monetary compensation for his allegedly unconstitutional conviction and/or sentence be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. §1915(e) until such time as the Heck conditions are met.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 16th day of March, 2010.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE