RECEIVED

DEC - 6 2010

TONY R. MOORE, CLERK
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

FREDDIE R. LEWIS                         CIVIL ACTION NO. 07-cv-0394

VERSUS                                   JUDGE STAGG

BOSSIER PARISH, ET AL                    MAGISTRATE JUDGE HORNSBY

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all remaining claims in this civil action are **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 3rd day of December, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE